

1994 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-17-1994

# IN RE: Paoli Railroad Yard PCB Litigation

Precedential or Non-Precedential:

Docket 92-1995-1997, 92-1999-2010, 92-2014 & 92-2016

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1994

Recommended Citation

"IN RE: Paoli Railroad Yard PCB Litigation" (1994). *1994 Decisions.* Paper 158.
http://digitalcommons.law.villanova.edu/thirdcircuit_1994/158

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1994 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

NO. 92-1995

_____

IN RE: PAOLI RAILROAD YARD PCB LITIGATION

MABEL BROWN, Individually and on
behalf of all others similarly situated

v.

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ("SEPTA");
NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"); AND
CONSOLIDATED RAIL CORPORATION ("CONRAIL")

v.

UNITED STATES OF AMERICA;
ROY F. WESTON, INC.; and
OH MATERIALS COMPANY; and
GENERAL ELECTRIC COMPANY; and
THE BUDD COMPANY; and
WESTINGHOUSE ELECTRIC CORPORATION;
MONSANTO CO.;
PENN CENTRAL CORPORATION

Mabel Brown, Appellant

(D.C. Civ. No. 86-02229)

_____

NO. 92-1996

_____

IN RE:  PAOLI RAILROAD YARD PCB LITIGATION

GEORGE ALBERT BURRELL and
PRISCILLA ETHERIDGE BURRELL,
in their own right, and GEORGE ALBERT BURRELL and
PRISCILLA ETHERIDGE BURRELL, as parents and natural
guardian of AMBER SHARDAI BURRELL, a minor, and
GEORGE ALBERT BURRELL, as parent and natural
guardian of ANDRE WALKER, a minor, and
PRISCILLA ETHERIDGE BURRELL, as parent and

natural guardian of BOBBY GEORGE ALBERT
CHRISTIAN BURRELL, a minor

v.

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ("SEPTA"); and
NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK");
and CONSOLIDATED RAIL CORPORATION ("CONRAIL")

v.

UNITED STATES OF AMERICA;
MONSANTO COMPANY;
GENERAL ELECTRIC COMPANY;
THE BUDD COMPANY;
WESTINGHOUSE ELECTRIC CORPORATION

v.

PENN CENTRAL CORPORATION

George Burrell, Priscilla Burrell, Amber
Burrell and Monica Hilton, Appellants

(D.C. Civ. No. 86-02235)

——————————

NO. 92-1997

——————————

IN RE:  PAOLI RAILROAD YARD PCB LITIGATION

WALLACE DARRYL CUMMINS

v.

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY
("SEPTA"); AND
NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"); AND
CONSOLIDATED RAIL CORPORATION, ("CONRAIL")

v.

UNITED STATES OF AMERICA; and
GENERAL ELECTRIC COMPANY;
THE BUDD COMPANY;
WESTINGHOUSE ELECTRIC CORPORATION;

MONSANTO COMPANY

<u>Wallace D. Cummins, Appellant</u>

(D.C. Civ. No. 86-02669)

_____

NO. 92-1999

_____

IN RE:  PAOLI RAILROAD YARD PCB LITIGATION

K. LOUISE JONES, ADMINISTRATRIX OF THE ESTATE
OF HARVEY N. JONES, JR., DECEASED AND K. LOUISE
JONES AS PERSONAL REPRESENTATIVE OF HARVEY N. JONES,
JR., AND K. LOUISE JONES IN HER OWN RIGHT

v.

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY
("SEPTA");
NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK");
CONSOLIDATED RAIL CORPORATION, ("CONRAIL")

v.

UNITED STATES OF AMERICA;
CITY OF PHILADELPHIA;
MONSANTO COMPANY;
GENERAL ELECTRIC COMPANY;
THE BUDD COMPANY; AND
WESTINGHOUSE ELECTRIC CORPORATION

<u>K. Louise Jones and Harvey Jones, Appellants</u>

(D.C. Civ. No. 86-05277)

_____

NO. 92-2000

_____

IN RE:  PAOLI RAILROAD YARD PCB LITIGATION

JAMES LAMENT, individually and on behalf

of all others similarly situated

v.

SEPTA; AMTRAK and CONRAIL;

v.

PENN CENTRAL CORPORATION;
UNITED STATES OF AMERICA;
CITY OF PHILADELPHIA;
MONSANTO CO.;
GENERAL ELECTRIC CO;
BUDD CO., AND
WESTINGHOUSE ELECTRIC CORPORATION

James Lament, Appellant

(D.C. Civ. No. 86-05886)

_____

NO. 92-2001
_____

IN RE:  PAOLI RAILROAD YARD PCB LITIGATION

CHRISTOPHER S. BROWN;
JACQUELINE M. BROWN, h/w

v.

MONSANTO COMPANY;
SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ("SEPTA");
NATIONAL RAILROAD PASSENGER CORPORATION;
CONSOLIDATED RAIL CORPORATION ("CONRAIL")

v.

PENN CENTRAL CORPORATION;
UNITED STATES OF AMERICA;
CITY OF PHILADELPHIA;
GENERAL ELECTRIC COMPANY;
THE BUDD COMPANY;
WESTINGHOUSE ELECTRIC CORPORATION

Christopher Brown and Jacqueline Michelle Brown,

(D.C. Civ. No. 86-07414)

———————

NO. 92-2002

———————

IN RE:  PAOLI RAILROAD YARD PCB LITIGATION

CATHLENE BROWN,

Appellant
v.

MONSANTO COMPANY;
SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ("SEPTA");
NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK");
CONSOLIDATED RAIL CORPORATION ("CONRAIL")

v.

UNITED STATES OF AMERICA;
CITY OF PHILADELPHIA;
GENERAL ELECTRIC COMPANY;
THE BUDD COMPANY;
WESTINGHOUSE ELECTRIC CORPORATION

v.

PENN CENTRAL CORPORATION

(D.C. Civ. No. 92-2002)

———————

NO. 92-2003

———————

IN RE:  PAOLI RAILROAD YARD PCB LITIGATION

CRAIG A. BROWN AND
CATHERINE D. BROWN h/w

v.

MONSANTO COMPANY;
SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ("SEPTA");
NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"); and
CONSOLIDATED RAIL CORPORATION ("CONRAIL")

v.

UNITED STATES OF AMERICA;
PENN CENTRAL CORPORATION; AND
CITY OF PHILADELPHIA;
GENERAL ELECTRIC CO.;
THE BUDD CO.; AND
WESTINGHOUSE ELECTRIC CORP.

Craig Brown, Appellant

(D.C. Civ. No. 86-07416)

_____

NO. 92-2004
_____

IN RE:  PAOLI RAILROAD YARD PCB LITIGATION

MARGHERITA BARBETTA,

Appellant
v.

MONSANTO COMPANY;
SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ("SEPTA");
NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"); and
CONSOLIDATED RAIL CORPORATION ("CONRAIL")

v.

UNITED STATES OF AMERICA; and
CITY OF PHILADELPHIA;
THE GENERAL ELECTRIC COMPANY; AND
THE BUDD COMPANY; AND
WESTINGHOUSE ELECTRIC CORPORATION

v.

PENN CENTRAL CORPORATION

(D.C. Civ. No. 86-07417)

_____

NO. 92-2005
_____

IN RE:  PAOLI RAILROAD YARD PCB LITIGATION

MARY RETTA JOHNSON,

Appellant
v.

MONSANTO COMPANY;
SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ("SEPTA");
NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"); and
CONSOLIDATED RAIL CORPORATION ("CONRAIL")

v.

UNITED STATES OF AMERICA;  AND
THE CITY OF PHILADELPHIA; and
GENERAL ELECTRIC COMPANY;
THE BUDD COMPANY; and
WESTINGHOUSE ELECTRIC CORPORATION; and
PENN CENTRAL CORP.

(D.C. Civ. No. 86-07418)

_____

NO. 92-2006
_____

IN RE:  PAOLI RAILROAD YARD PCB LITIGATION

CELESTE BROWN,

Appellant
v.

MONSANTO COMPANY;
SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ("SEPTA");
NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"); and
CONSOLIDATED RAIL CORPORATION ("CONRAIL")

v.

UNITED STATES OF AMERICA;
CITY OF PHILADELPHIA; and
GENERAL ELECTRIC COMPANY;
THE BUDD COMPANY;
WESTINGHOUSE ELECTRIC CORPORATION

(D.C. Civ. No. 86-07419)

_____

NO. 92-2007
_____

IN RE:  PAOLI RAILROAD YARD PCB LITIGATION

CLEMMON L. BROWN

v.

MONSANTO COMPANY;
SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ("SEPTA");
NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"); and
CONSOLIDATED RAIL CORPORATION ("CONRAIL")

v.

UNITED STATES OF AMERICA;
CITY OF PHILADELPHIA; AND
GENERAL ELECTRIC COMPANY;
THE BUDD COMPANY; AND
WESTINGHOUSE ELECTRIC CORPORATION; AND
PENN CENTRAL CORPORATION

Clemmon Brown, Appellant

(D.C. Civ. No. 86-07420)

---

NO. 92-2008

---

IN RE:  PAOLI RAILROAD YARD PCB LITIGATION

CLOYD H. BROWN

v.

MONSANTO COMPANY;
SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ("SEPTA");
NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"); and
CONSOLIDATED RAIL CORPORATION ("CONRAIL")

v.

UNITED STATES OF AMERICA;
CITY OF PHILADELPHIA;
GENERAL ELECTRIC COMPANY;
THE BUDD COMPANY;
WESTINGHOUSE ELECTRIC CORPORATION
PENN CENTRAL CORPORATION

Cloyd Brown, Appellant

(D.C. Civ. No. 86-07421)

---

NO. 92-2009

---

IN RE:  PAOLI RAILROAD YARD PCB LITIGATION

CURTIS BROWN,

Appellant
v.

MONSANTO COMPANY;
SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ("SEPTA");
NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"); and
CONSOLIDATED RAIL CORPORATION ("CONRAIL")

v.

UNITED STATES OF AMERICA;
CITY OF PHILADELPHIA

v.

GENERAL ELECTRIC COMPANY; and
THE BUDD COMPANY; and
WESTINGHOUSE ELECTRIC COMPANY;
PENN CENTRAL CORP.

(D.C. Civ. No. 86-07422)

_____

NO. 92-2010

_____

IN RE:  PAOLI RAILROAD YARD PCB LITIGATION

JOHN INGRAM, SR., and
PATRICIA INGRAM, in their own right and as
parents and natural guardians of JOHN INGRAM, JR.; and
APRIL INGRAM in her own right

v.

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ("SEPTA");
NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"); and
CONSOLIDATED RAIL CORPORATION ("CONRAIL"); and
MONSANTO COMPANY ("MONSANTO"); and
GENERAL ELECTRIC COMPANY ("GE"); and
CITY OF PHILADELPHIA ("PHILADELPHIA")

v.

UNITED STATES OF AMERICA;
THE BUDD COMPANY;
WESTINGHOUSE ELECTRIC CORPORATION;
PENN CENTRAL CORPORATION

John Ingram, Sr. (and as representative of decedent,
Patricia Ingram), John Ingram, Jr., Patricia Ingram and
April Ingram Robinson-Ray, Appellants

(D.C. Civ. No. 86-07561)

_____

NO. 92-2011

_____

IN RE:  PAOLI RAILROAD YARD PCB LITIGATION

MARY ALICE KNIGHT,

Appellant
v.

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ("SEPTA");
NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"); and
CONSOLIDATED RAIL CORPORATION ("CONRAIL"); and
MONSANTO COMPANY ("MONSANTO"); and
GENERAL ELECTRIC COMPANY ("GE"); and
CITY OF PHILADELPHIA ("PHILADELPHIA")

v.

UNITED STATES OF AMERICA;
THE BUDD COMPANY;
WESTINGHOUSE ELECTRIC CORPORATION;
PENN CENTRAL CORPORATION

(D.C. Civ. No. 87-00712)

_____

NO. 92-2014

_____

IN RE:  PAOLI RAILROAD YARD PCB LITIGATION

WILLIAM BUTLER; THERESA BUTLER;
MARVIN L. SIMPSON; ALLEN K. SIMPSON;
KAREN R. SIMPSON; DONALD E. SIMPSON; and
BRYAN M. JACKSON

v.

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ("SEPTA");
NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"); and
CONSOLIDATED RAIL CORPORATION ("CONRAIL")

v.

UNITED STATES OF AMERICA;
CITY OF PHILADELPHIA;
MONSANTO COMPANY;
GENERAL ELECTRIC COMPANY;

THE BUDD COMPANY;
WESTINGHOUSE ELECTRIC CORPORATION;
PENN CENTRAL CORPORATION

William Butler, Theresa Butler, Bryan Jackson,
Allen Simpson, Donald Simpson, Karen Simpson
and Marvin Simpson, Appellants

(D.C. Civ. No. 87-02874)

_____

NO. 92-2016
_____

IN RE:  PAOLI RAILROAD YARD PCB LITIGATION

MATTHEW CUNNINGHAM; AND
BESSIE CUNNINGHAM,

Appellants
v.

MONSANTO COMPANY; and
SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ("SEPTA"); and
NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"); and
CONSOLIDATED RAIL CORPORATION ("CONRAIL")
v.

GENERAL ELECTRIC COMPANY;
THE BUDD COMPANY;
WESTINGHOUSE ELECTRIC CORPORATION;
PENN CENTRAL CORPORATION,

Third-Party Defendants

_____

On Appeal From the United States District Court
For the Eastern District of Pennsylvania
_____

Argued: October 26, 1993

Before: BECKER, ROTH, and LEWIS, Circuit Judges.

(Filed                    )

ARNOLD E. COHEN
   Klehr, Harrison, Harvey,
   Branzburg, Ellers & Weir
   1401 Walnut Street, 8th Fl.
   Philadelphia, PA   19102
              and
JOSEPH C. KOHN
MYLES H. MALMAN
MARTIN J. D'URSO (ARGUED)
   Kohn, Nast & Graf
   2400 One Reading Center
   1101 Market Street
   Philadelphia, PA  19107

Attorneys for Appellants
Mabel Brown (1995); George Burrell, Priscilla Burrell,
 Amber Burrell, and Monica Hilton (1996); Wallace D.
Cummins (1997); K. Louise Jones and Estate of Harvey
Jones (1999); James Lament (2000); John Ingram, Sr.,
 Patricia Ingram, April Ingram Robinson and John
Ingram, Jr. (2010); Mary Knight (2011); William Butler,
 Theresa Butler, Marvin Simpson, Alan Simpson, Karen
 Simpson, Donald Simpson and Brian Jackson (2014);
 Bessie Cunningham and Matthew Cunningham (2016)




D. BRUCE HANES (ARGUED)
   D. Bruce Hanes and
   Associates, P.C.
   1700 Market Street
   Suite 3131
   Philadelphia, PA   19103

Attorney for Appellants
Christopher Brown, Jacqueline M. Brown (2001);
   Cathlene Brown (2002); Craig Brown (2003);
Margherita Barbetta (2004); Mary Retta Johnson (2005);
   Celeste Brown (2006); Clemmon Brown (2007);
   Cloyd Brown (2008) and Curtis Brown (2009)




JOHN G. KESTER (ARGUED)
JOHN W. VARDAMAN, JR.
SARAH H. DUGGIN
PHILIP A. SECHLER

Williams & Connolly
725 12th Street, NW
Washington, DC  20005

HARRY A. SHORT, JR.
STEPHEN M. McMANUS
  Liebert, Short & Hirschland
  1901 Market Street
  Philadelphia, PA  19103

Attorneys for Appellee
General Electric Company


ROGER F. COX
JEROME R. RICHTER
JOHN J. MONSEES
   Blank, Rome, Comisky &
   McCauley
1200 Four Penn Center Plaza
Philadelphia, PA  19103

Attorneys for Appellees
Southeastern Pennsylvania Transportation
Authority and The Penn Central Corporation


MICHAEL M. MALIN
THOMAS M. GOUTMAN
KATHY A. O'NEILL
ROBERT ROLAND, II
   White and Williams
   One Liberty Place
   1650 Market Street
   Philadelphia, PA  19103

Attorneys for Appellee
   Monsanto Company


RICHARD A. KRAEMER
SUZANNE H. GROSS
   Marshall, Dennehey, Warner,
   Coleman and Goggin
   1845 Walnut Street
   Philadelphia, PA  19103

Attorneys for Appellee
National Railroad Passenger Corporation



ROBERT A. SUTTON
    Assistant City Solicitor
    City of Philadelphia Law
    Department
    1600 Arch Street
    Philadelphia, PA  19103

Attorney for Appellee
The City of Philadelphia



G. DANIEL BRUCH, JR.
    Schwartz, Campbell &
    Detweiller
    1700 Land Title Building
    100 South Broad Street
    Philadelphia, PA  19110

DAVID C. LANDIN
    McGuire, Woods, Battle &
    Boothe
    901 East Cary Street
    One James Center
    Richmond, VA  23219

Attorneys for Appellee
Westinghouse Electric Corporation



LAURA A. FOGGAN
STEPHEN D. GOLDMAN
    Wiley, Rein & Fielding
    1776 K Street, NW
    Washington, DC  20006

Attorneys for Amicus Curiae Appellee
American Insurance Association

R. THOMAS McLAUGHLIN
Kelly, Harrington,
McLaughlin & Foster
1700 Atlantic Building
160 South Broad Street
Philadelphia, PA  19102

<u>Attorneys for Appellee</u>
<u>The Budd Company</u>

---

**ORDER AMENDING OPINION**

---

The opinion in the above-captioned case filed August 31, 1994, is amended as follows:

1)   On page 58, lines 10 and 11, the words "promulgated under the Rules Enabling Act" are deleted from that sentence;

2)   On page 59, second paragraph, lines 3 and 4, the phrase "promulgated under the Rules Enabling Act, 28 U.S.C. § 2072," is deleted from that sentence; and

3)   On the last line of text on page 144, substitute the name "Patricia" for "Priscilla".

BY THE COURT,

/s/ Edward R. Becker

Circuit Judge

DATED:  October 17, 1994